# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 08-CR-30113-MJR-CJP |
| CHRIS S. KING, ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION AND
## <u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>

REAGAN, District Judge:

On October 29, 2008, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant King entered a guilty plea as to the charges contained in the indictment (*see* Docs. 21-24).

By Report filed October 29, 2008, Judge Proud recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 23), **ACCEPTS** Defendant King's guilty plea on Counts 1, 2 and 3 of the indictment, and **ADJUDGES** Defendant King guilty of the offenses set forth therein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, the Court **SETS SENTENCING** at **1:30 pm on March 13, 2009**.

It Is So Ordered.

Dated this 14th day of November 2008.

s/Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge